# EXHIBIT 1

# EXHIBIT A

# REGISTER OF ACTIONS
## CASE NO. 2018DCV4771

| Rosalind M. Young and Francis Caffery VS Swift Transportation Services LLC | § § § § § | | Case Type: | Injury or Damage - Motor Vehicle |
|---|---|---|---|---|
| | | | Date Filed: | 12/17/2018 |
| | | | Location: | 34th District Court |

### PARTY INFORMATION

| | | Lead Attorneys |
|---|---|---|
| Defendant | Swift Transportation Services LLC | NICHOLAS S. BETTINGER *Retained* 817-336-8651(W) |
| Plaintiff | Caffery, Francis | Joseph Malouf *Retained* 713-681-9900(W) |
| Plaintiff | Young, Rosalind M. | Joseph Malouf *Retained* 713-681-9900(W) |

### EVENTS & ORDERS OF THE COURT

**OTHER EVENTS AND HEARINGS**

| 12/17/2018 | Original Petition (OCA)      Doc ID# 1 | | |
|---|---|---|---|
| 12/17/2018 | E-File Event Original Filing | | |
| 12/20/2018 | Citation | | |
| | Swift Transportation Services LLC | Served | 12/24/2018 |
| | | Response Received | 01/14/2019 |
| | | Returned | 01/02/2019 |
| 01/14/2019 | Answer      Doc ID# 3 | | |

# EXHIBIT B

El Paso County - 34th District Court

Filed 12/17/2018 1:08 PM
Norma Favela Barceleau
District Clerk
El Paso County
2018DCV4771

CAUSE NO. _____

| | | |
|---|---|---|
| ROSALIND M. YOUNG AND | § | IN THE DISTRICT COURT OF |
| FRANCIS CAFFERY | § | |
| | § | |
| V. | § | El PASO COUNTY, TEXAS |
| | § | |
| SWIFT TRANSPORTATION | § | |
| SERVICES LLC | § | _____ JUDICIAL DISTRICT |

## PLAINTIFFS' ORIGINAL PETITION, JURY DEMAND AND REQUEST FOR DISCLOSURE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, **ROSALIND M. YOUNG and FRANCIS CAFFERY**, Plaintiffs in the above entitled and numbered cause, complaining of and against **SWIFT TRANSPORTATION SERVICES LLC**, Defendant herein, and for causes of action would respectfully show unto the Court the following:

### I.
### DISCOVERY CONTROL PLAN

1.0    Discovery is intended to be conducted under Level 3 of Rule 190 of the Texas Rules of Civil Procedure.

### II.
### PARTIES/ SERVICE

2.0    Plaintiff, ROSALIND M. YOUNG is a resident of Georgia.

2.1    Plaintiff Francis Caffery is a resident of Jefferson County, Texas.

2.2    Defendant, **SWIFT TRANSPORTATION SERVICES LLC**, is a limited liability company who may be served with service of process at its last known registered agent: National Registered Agents, Inc., 1999 Bryan Street, Suite 900, Dallas, TX 75201 or wherever the agent may be found.

---

Plaintiffs' Original Petition                                                                                    Page 1 of 5

## III.
## JURISDICTION & VENUE

3.0     Venue is proper in El Paso County, Texas, pursuant to Tex. Civ. Prac. & Rem. Code §15.001 *et seq*. because all or a substantial part of the events or omissions giving rise to the claims arose in El Paso, El Paso County, Texas. This Court has jurisdiction over the parties and subject matter hereof. The amount in controversy exceeds the minimum jurisdictional limits of this Court.

## IV.
## RULE 47 NOTICE

4.0     Pursuant to Rule 47 of the Texas Rules of Civil Procedure, Plaintiffs plead an amount in damages in excess of $200,000.00 and below $1,000,000.00.

## V.
## FACTS and CLAIMS

5.0     On or about December 22, 2016, Plaintiffs were traveling eastbound on I-10 at or near mile marker 5 in El Paso, Texas in a 2016 Freightliner Cascadia tractor trailer. The tractor trailer experienced a tire blow-out causing the vehicle to jackknife and hit a guardrail. Both plaintiffs were seriously injured as a result of the accident. At the time of the incident, the vehicle that Plaintiffs were operating was owned by Defendant. Prior to this unfortunate incident, Plaintiff, ROSALIND M. YOUNG had the tires inspected by the Defendant's terminal because of concerns she had regarding the appearance of the tires. The Defendant's mechanics and service center advised Plaintiff the tires were fine. At all times material hereto, the tractor trailer driven by Plaintiff was owned and maintained by the Defendants.

5.1     At all times material hereto, Plaintiffs were employed by Defendants and were acting at Defendant's direction and benefit within the course and scope of their employment with Defendants.

## VI.
## CAUSES OF ACTION

### A. Negligence

6.0     At the time of the accident made the basis of this suit, Defendant(s) were guilty of negligence in failing to properly maintain and/or repair the tractor trailer in question.   The negligence of Defendant(s) as set out was a proximate cause of Plaintiffs' injuries and damages.

6.1     Whenever it is alleged in this Petition that the Defendant(s) did any act or thing, it is meant that their agents, servants, employees, parent agents, ostensible agents, agents by estoppel and/or representatives did such act or thing, and at the time such act or thing was done it was done with their authorization or was done in the normal routine course of the agency or employment of the Defendant(s).

6.2     Defendant(s) were guilty of negligence in failing to maintain and/or repair the tractor trailer tires properly, causing them to blow-out and resulting in the accident in question.

6.3     Defendant(s) were grossly negligent and acted with malice, as that term is understood under Texas law, and such conduct was a proximate cause of the Plaintiffs' injuries.   Defendant(s)' malicious and grossly negligent conduct justifies the imposition of punitive and exemplary damages both as punishment of Defendant(s) and their callous disregard for the safety of individuals such as Plaintiffs, and as a deterrent to others from engaging in similar conduct.   Plaintiffs therefore ask for punitive and exemplary damages in addition to actual damages.

6.4     Each of these acts and omissions, singularly or in combination with others, constitute negligence which was the proximate cause of this incident, and the injuries sustained by the Plaintiffs.

## VII.
## DAMAGES

7.0    Said elements of damage which Plaintiffs seeks to recover from Defendant(s) include

compensation for the following:

1.    The physical pain and mental anguish sustained by Plaintiffs from date of injury to
       the time of trial;
2.    The physical pain and mental anguish that Plaintiffs will suffer in the future;
3.    Loss of earnings sustained by Plaintiffs from date of injury to time of trial;
4.    Loss of earnings and earning capacity reasonably anticipated to be suffered by
       Plaintiffs in the future;
5.    Reasonable and necessary medical expenses incurred by Plaintiffs in the treatment
       of Plaintiffs' injuries from date of injury to time of trial;
6.    Reasonable and necessary medical expenses reasonably anticipated to be sustained
       by Plaintiffs in the future for treatment of Plaintiffs' injuries;
7.    Past and future physical disfigurement;
8.    Past and future physical impairment; and
9.    Exemplary damages.

## VIII.
## REQUEST FOR JURY TRIAL

8.0    Plaintiffs request a jury trial.

## IX.
## REQUEST FOR DISCLOSURE

9.0    Pursuant to Rule 194 of the Texas Rules of Civil Procedure, you are hereby requested to

disclose, within fifty (50) days of service of this document, the information or material described in

Rules 194.2(a) through 194.2(l).   Please serve your responses on counsel representing Plaintiffs,

and produce true and correct copies of all documents and other tangible items with your responses,

in accordance with Rule 194.4.

## X.
## RULE 193.7 NOTICE

10.0   Pursuant to Texas Rule of Civil Procedure 193.7, Plaintiffs hereby gives actual notice to

Defendant(s) that any and all documents produced by any Defendant(s) in response to written

discovery may be used against any and all Defendant(s) producing the documents at any pre-trial

proceeding and/or at the trial of this matter, without the necessity of authenticating the documents.

## XI.
## PRAYER

WHEREFORE, PREMISES CONSIDERED, Plaintiffs prays that these Defendant(s) be cited to appear and answer herein, and that upon final trial hereof, Plaintiffs recover from said Defendant(s), a sum over $200,000.00 but not more than $1,000,000.00, costs of Court, pre-judgment and post-judgment interest at the legal rate, and demand for judgment for all other relief to which the Plaintiffs deemed entitled.

Respectfully submitted,

**THE STERN LAW GROUP**

By: */s/ Joseph Malouf /s/*
JOSEPH MALOUF
SBN: 12888027
4909 Bissonnet St., Suite 100
Bellaire, Texas 77401
713/661-9900
713/666-5922 Facsimile
Email: jmalouf@stern-lawgroup.com

**ATTORNEY FOR PLAINTIFFS**

# CIVIL PROCESS REQUEST

CASE NUMBER: _____    CURRENT COURT: _____

TYPE OF INSTRUMENT TO BE SERVED: <u>Plaintiffs' Original Petition, Requests for Disclosures and Jury Demand</u>

FILE DATE OF MOTION: <u>12/17/18</u>

SERVICE TO BE ISSUED ON:

1.  NAME:              SWIFT TRANSPORTATION SERVICES LLC
    ADDRESS:           1999 Bryan Street, Suite 900, Dallas, TX 75201
    AGENT:             National Registered Agents, Inc.
    TYPE OF SERVICE: <u>Citation</u>
    SERVICE BY:        CERTIFIED MAIL, RETURN RECEIPT REQUESTED BY
                       DISTRICT CLERK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ATTORNEY REQUESTING SERVICE:

**Joseph Malouf, SBN: 12888027, Stern Law Group, 4909 Bissonnet Street, Suite 100, Bellaire, TX 77401, 713/661-9900, 713/666-5922 Facsimile, JMalouf@stern-lawgroup.com**

## CIVIL CASE INFORMATION SHEET

**CAUSE NUMBER** *(FOR CLERK USE ONLY):* _____   **COURT** *(FOR CLERK USE ONLY):* _____

**STYLED** Rosalind M. Young, et al v. Swift Transportation Services LLC

*(e.g., John Smith v. All American Insurance Co; In re Mary Ann Jones; In the Matter of the Estate of George Jackson)*

A civil case information sheet must be completed and submitted when an original petition or application is filed to initiate a new civil, family law, probate, or mental health case or when a post-judgment petition for modification or motion for enforcement is filed in a family law case. The information should be the best available at the time of filing.

| 1. Contact information for person completing case information sheet: | Names of parties in case: | Person or entity completing sheet is: |
|---|---|---|
| Name:<br><br>Joseph Malouf | Email:<br><br>JMalouf@siern-lawgroup.com | Plaintiff(s)/Petitioner(s):<br><br>Rosalind M. Young, et al | ☒Attorney for Plaintiff/Petitioner<br>☐*Pro Se* Plaintiff/Petitioner<br>☐Title IV-D Agency<br>☐Other: _____ |
| Address:<br><br>4909 Bissonnet Ste 100 | Telephone:<br><br>713-661-9900 | | Additional Parties in Child Support Case: |
| City/State/Zip:<br><br>Bellaire, TX 77401 | Fax:<br><br>713-666-5922 | Defendant(s)/Respondent(s):<br><br>Swift Transportation Services | Custodial Parent:<br><br>Non-Custodial Parent: |
| Signature:<br><br>*Malouf* | State Bar No:<br><br>12888027 | LLC<br><br>[Attach additional page as necessary to list all parties] | Presumed Father: |

**2. Indicate case type, or identify the most important issue in the case** *(select only 1):*

| Civil | | | Family Law |
|---|---|---|---|
| **Contract** | **Injury or Damage** | **Real Property** | **Marriage Relationship** | **Post-Judgment Actions (non-Title IV-D)** |

| **Contract** | **Injury or Damage** | **Real Property** | **Marriage Relationship** | **Post-Judgment Actions (non-Title IV-D)** |
|---|---|---|---|---|
| *Debt/Contract*<br>☐Consumer/DTPA<br>☐Debt/Contract<br>☐Fraud/Misrepresentation<br>☐Other Debt/Contract:<br><br>*Foreclosure*<br>☐Home Equity—Expedited<br>☐Other Foreclosure<br>☐Franchise<br>☐Insurance<br>☐Landlord/Tenant<br>☐Non-Competition<br>☐Partnership<br>☐Other Contract: | ☐Assault/Battery<br>☐Construction<br>☐Defamation<br>*Malpractice*<br>☐Accounting<br>☐Legal<br>☐Medical<br>☐Other Professional<br>  Liability:<br><br>☒Motor Vehicle Accident<br>☐Premises<br>*Product Liability*<br>☐Asbestos/Silica<br>☐Other Product Liability<br>  List Product:<br><br>☐Other Injury or Damage: | ☐Eminent Domain/<br>  Condemnation<br>☐Partition<br>☐Quiet Title<br>☐Trespass to Try Title<br>☐Other Property:<br><br>**Related to Criminal Matters**<br>☐Expunction<br>☐Judgment Nisi<br>☐Non-Disclosure<br>☐Seizure/Forfeiture<br>☐Writ of Habeas Corpus—<br>  Pre-indictment<br>☐Other: | ☐Annulment<br>☐Declare Marriage Void<br>*Divorce*<br>☐With Children<br>☐No Children<br><br>**Other Family Law**<br>☐Enforce Foreign<br>  Judgment<br>☐Habeas Corpus<br>☐Name Change<br>☐Protective Order<br>☐Removal of Disabilities<br>  of Minority<br>☐Other: | ☐Enforcement<br>☐Modification—Custody<br>☐Modification—Other<br><br>**Title IV-D**<br>☐Enforcement/Modification<br>☐Paternity<br>☐Reciprocals (UIFSA)<br>☐Support Order<br><br>**Parent-Child Relationship**<br>☐Adoption/Adoption with<br>  Termination<br>☐Child Protection<br>☐Child Support<br>☐Custody or Visitation<br>☐Gestational Parenting<br>☐Grandparent Access<br>☐Parentage/Paternity<br>☐Termination of Parental<br>  Rights<br>☐Other Parent-Child: |

| **Employment** | **Other Civil** | | |
|---|---|---|---|
| ☐Discrimination<br>☐Retaliation<br>☐Termination<br>☐Workers' Compensation<br>☐Other Employment: | ☐Administrative Appeal<br>☐Antitrust/Unfair<br>  Competition<br>☐Code Violations<br>☐Foreign Judgment<br>☐Intellectual Property | ☐Lawyer Discipline<br>☐Perpetuate Testimony<br>☐Securities/Stock<br>☐Tortious Interference<br>☐Other: | |

| **Tax** | **Probate & Mental Health** | |
|---|---|---|
| ☐Tax Appraisal<br>☐Tax Delinquency<br>☐Other Tax | *Probate/Wills/Intestate Administration*<br>☐Dependent Administration<br>☐Independent Administration<br>☐Other Estate Proceedings | ☐Guardianship—Adult<br>☐Guardianship—Minor<br>☐Mental Health<br>☐Other: |

**3. Indicate procedure or remedy, if applicable** *(may select more than 1):*

| | | |
|---|---|---|
| ☐Appeal from Municipal or Justice Court<br>☐Arbitration-related<br>☐Attachment<br>☐Bill of Review<br>☐Certiorari<br>☐Class Action | ☐Declaratory Judgment<br>☐Garnishment<br>☐Interpleader<br>☐License<br>☐Mandamus<br>☐Post-judgment | ☐Prejudgment Remedy<br>☐Protective Order<br>☐Receiver<br>☐Sequestration<br>☐Temporary Restraining Order/Injunction<br>☐Turnover |

**4. Indicate damages sought** *(do not select if it is a family law case):*

☐Less than $100,000, including damages of any kind, penalties, costs, expenses, pre-judgment interest, and attorney fees
☐Less than $100,000 and non-monetary relief
☐Over $100, 000 but not more than $200,000
☒Over $200,000 but not more than $1,000,000
☐Over $1,000,000

# EXHIBIT C

# NATIONAL REGISTERED AGENTS, INC.
## SERVICE OF PROCESS SUMMARY TRANSMITTAL FORM

To:  ARACELI DELEON
SWIFT TRANSPORTATION SERVICES, LLC
2200 S 75th Ave
Phoenix, AZ 85043-7410

SOP Transmittal #  **534625105**

214-932-3601 - Telephone

Entity Served:  SWIFT TRANSPORTATION SERVICES, LLC  (Domestic State: DELAWARE)

Enclosed herewith are legal documents received on behalf of the above captioned entity by National Registered Agents, Inc. or its Affiliate in the State of TEXAS on this 24 day of December, 2018. The following is a summary of the document(s) received:

1. **Title of Action:**  Rosalind M. Young and Francis Caffery, Pltfs. vs. Swift Transportation Services LLC, Dft.

2. **Document(s) Served:**  Other: Notice, Return, Petition, Request, Cover sheet

3. **Court of Jurisdiction/Case Number:** 34th Judicial District Court El Paso County, TX
Case # 2018DCV4771

4. **Amount Claimed, if any:**  N/A

5. **Method of Service:**

___ Personally served by:  ___ Process Server  ___ Law Enforcement  ___ Deputy Sheriff  ___ U. S Marshall

_X_ Delivered Via:  _X_ Certified Mail  ___ Regular Mail  ___ Facsimile

___ Other (Explain):

6. **Date of Receipt:**  12/24/2018

7. **Appearance/Answer Date:**  At or Before 10:00 a.m. on the Monday next after the expiration of 20 days after you were served (Document(s) may contain additional answer dates)

8. **Received From:**  JOSEPH MALOUF  9. **Carrier Airbill #** 1ZY041160197575220
THE STERN LAW GROUP
4909 Bissonnet St., Suite 100
Bellaire, TX 77401  10. **Call Made to:** Not required
713-661-9900

11. **Special Comments:**
SOP Papers with Transmittal, via  UPS Next Day Air

Image SOP

Email Notification, ANNE ROWELL  anne_rowell@swifttrans.com

Email Notification, ARACELI DELEON  Araceli_Deleon@swifttrans.com

**NATIONAL REGISTERED AGENTS, INC.**  CopiesTo:

Transmitted by  Mara Velasco

The information contained in this Summary Transmittal Form is provided by National Registered Agents, Inc. for informational purposes only and should not be considered a legal opinion. It is the responsibility of the parties receiving this form to review the legal documents forwarded and to take appropriate action.

ORIGINAL



**NORMA FAVELA BARCELEAU**
**DISTRICT CLERK**
COUNTY COURTHOUSE RM 103
500 E SAN ANTONIO AVE
EL PASO TX 79901-2436

CERTIFIED MAIL

7160 1019 9040 0425 0100

U.S. POSTAGE ≫ PITNEY BOWES

ZIP 79901 $ 006.88⁰
02 4W
0000356061 DEC 20 2018

SWIFT TRANSPORTATION SERVICES LLC
C/O NATIONAL REGISTERED AGENTS, INC.
1999 BRYAN ST., SUITE 900
DALLAS, TX 75201

7520133140 C050

# THE STATE OF TEXAS

NOTICE TO DEFENDANT: "You have been sued. You may employ an attorney. If you, or your attorney, do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you."

TO: **SWIFT TRANSPORTATION SERVICES LLC**, who may be served with process by serving its registered agent, **NATIONAL REGISTERED AGENTS, INC., 1999 BRYAN STREET, SUITE 900, DALLAS, TX 75201.**

Greetings:

You are hereby commanded to appear by filing a written answer to the Plaintiff's Original Petition, Jury Demand and Request for Disclosure at or before ten o'clock A.M. of the Monday next after the expiration of twenty days after the date of service of this citation before the Honorable **34th Judicial District Court,** El Paso County, Texas, at the Court House of said County in El Paso, Texas.

Said Plaintiff's Original Petition was filed in said court on the 17th day of December, 2018, by Attorney at Law Joseph Malouf, 4909 Bissonnet St., Suite 100, Bellaire, TX 77401 in this case numbered **2018DCV4771** on the docket of said court, and styled:

**Rosalind M. Young and Francis Caffery**
**VS**
**Swift Transportation Services LLC**

The nature of Plaintiff's demand is fully shown by a true and correct copy of the Plaintiff's Original Petition, Jury Demand and Request for Disclosure accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at El Paso, Texas, on this the 20th day of December, 2018.

Attest: NORMA FAVELA BARCELEAU, District Clerk, El Paso County, Texas.

CLERK OF THE COURT
**NORMA FAVELA BARCELEAU**
District Clerk
El Paso County Courthouse
500 E. San Antonio Ave, RM 103
El Paso, Texas 79901

ATTACH
RETURN RECEIPTS
WITH
ADDRESSEE'S SIGNATURE
Rule 106 (a) (2) the citation shall be served by mailing to the defendant by Certified Mail Return receipt requested, a true copy of the citation. Sec. 17.027 Rules of Civil Practice and Remedies Code if not prepared by Clerk of Court.

By  , Deputy
Clarisa Aguirre

CERTIFICATE OF DELIVERY BY MAIL

I hereby certify that <u>on this the 20th day of December, 2018</u> at <u>8:47 AM</u> I mailed to: <u>Swift Transportation Services LLC, 1999 BRYAN ST., STE 900, DALLAS, TX 75201</u> Defendant(s) by registered mail or certified mail with delivery restricted to addressee only, return receipt requested, a true copy of this citation with a copy of the Plaintiff's Original Petition, Jury Demand and Request for Disclosure attached thereto.

_____
TITLE

| *NAME OF PREPARER | | | TITLE |
|---|---|---|---|
| ADDRESS | | | |
| CITY | | STATE | ZIP |

**RETURN OF SERVICE**

Delivery was completed on _____, delivered to_____

_____ as evidence by Domestic Return Receipt PS Form 3811 attached hereto.

The described documents were not delivered to the named recipient. The certified mail envelope was returned

undelivered marked _____.

This forwarding address was provided: _____

---

ARTICLE NO. : 7160 1019 9040 0425 0100

SENT TO: Swift Transportation Services LLC 1999
BRYAN ST STE 900 DALLAS TX 75201

POSTAGE: $0.37
FEE: $2.30
RETURN RECEIPT FEE: $1.75

DATE SENT: 12/20/2018

SENDER'S NAME: Clarisa Aguirre

THIS ENVELOPE CONTAINS: Plaintiff's Original
Petition, Jury Demand and Request for Disclosure

El Paso County, Texas

By:_____
    Deputy District Clerk

        OR

_____
    Name of Authorized Person

By:_____

**VERIFICATION BY AUTHORIZED PERSON**

State of _____

County of El Paso

Before me a Notary Public, on this day personally appeared _____, known to me to be the person
whose name is subscribed to the foregoing Return of Service, and being by me first duly sworn, declared, "I am
disinterested party qualified to make an oath of that fact and statements contained in the Return of Service and true and
correct."

Subscribed and sworn to be on this _____ day

of _____, _____.

_____

Notary Public, State of _____

My commission expires:_____

# EXHIBIT D

CAUSE NO. 2018DCV4771

| | | |
|---|---|---|
| ROSALIND M. YOUNG AND | § | IN THE DISTRICT COURT OF |
| FRANCIS CAFFERY | § | |
| | § | |
| VS. | § | EL PASO COUNTY, TEXAS |
| | § | |
| SWIFT TRANPORTATION | § | |
| SERVICES, LLC | § | 34TH JUDICIAL DISTRICT |

## DEFENDANT'S ORIGINAL ANSWER

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Swift Transportation Services, LLC ("Swift"), and files this Original Answer to Plaintiffs' Original Petition, and in support thereof would respectfully show unto the Court as follows:

## GENERAL DENIAL

1. As authorized by Rule 92 of the Texas Rules of Civil Procedure, Swift pleads a general denial to Plaintiffs' Original Petition and requests that Plaintiffs be required to prove their allegations by a preponderance of the evidence.

## VERIFIED DENIAL

2. Swift denies that it is liable in the capacity in which is sued, as Swift was not the employer of either of the Plaintiffs on the date of the incident in question.

WHEREFORE, PREMISES CONSIDERED, Defendant, Swift Transportation Services, LLC, prays that Plaintiffs take nothing by this lawsuit, that Defendant recover costs of court and have such other and further relief, either special or general, at law or in equity, to which Defendant may be justly entitled.

Respectfully submitted,

McDONALD SANDERS,
A Professional Corporation

By:   /s/ Nicholas Bettinger
       Nicholas S. Bettinger
       State Bar No. 02268470
       nickb@mcdonaldlaw.com

       Donald A. Kaczkowski
       State Bar No. 24053004
       dak@mcdonaldlaw.com

777 Main Street, Suite 1300
Fort Worth, Texas  76102
(817) 336-8651
(817) 334-0271  Fax

ATTORNEYS FOR SWIFT
TRANSPORTATION SERVICES, LLC

## CERTIFICATE OF SERVICE

     I certify that on January 14, 2019, I served the foregoing document upon lead counsel for all other parties as required by Tex. R. Civ. P. 21a(a)(1) or (2).

      /s/ Nicholas Bettinger

<u>VERIFICATION</u>

STATE OF TEXAS                 §
                              §
COUNTY OF TARRANT              §

     BEFORE ME, the undersigned notary public in and for the State of Texas, on this day personally appeared Nicholas S. Bettinger, who, having been duly sworn, deposed and said to me that he is an attorney representing Defendant, Swift Transportation Services, LLC in the above-styled and numbered cause; that he has read the above and foregoing Original Answer; and that pursuant to Texas Rules of Civil Procedure 14 and 93, the factual allegations stated in paragraph 2 are within his personal knowledge and are true and correct.



_____
Nicholas S. Bettinger

     SUBSCRIBED AND SWORN TO BEFORE ME on this the 14th day of January 2019, to certify which witness my hand and seal of office.

_____
Notary Public in and for the State of Texas

Jennifer M Meisinger
Notary Public, State of Texas
Notary ID 13003857-3
My Commission Exp. 11-26-2022

# EXHIBIT E

CAUSE NO. 2018DCV4771

| | | |
|---|---|---|
| ROSALIND M. YOUNG AND | § | IN THE DISTRICT COURT OF |
| FRANCIS CAFFERY | § | |
| | § | |
| VS. | § | EL PASO COUNTY, TEXAS |
| | § | |
| SWIFT TRANPORTATION | § | |
| SERVICES, LLC | § | 34TH JUDICIAL DISTRICT |

## DEFENDANT'S NOTICE OF REMOVAL

TO THE HONORABLE JUDGE OF SAID COURT:

On January 23, 2019, Defendant Swift Transportation Services, LLC, filed the attached Notice of Removal in the Office of the United States District Court for the Western District of Texas, El Paso Division, which was assigned Civil Action No. 3:19-cv-00029.

Respectfully submitted,

McDONALD SANDERS,
A Professional Corporation

By:   /s/ Nicholas Bettinger
     Nicholas S. Bettinger
     State Bar No. 02268470
     nickb@mcdonaldlaw.com

     Donald A. Kaczkowski
     State Bar No. 24053004
     dak@mcdonaldlaw.com

777 Main Street, Suite 1300
Fort Worth, Texas 76102
(817) 336-8651
(817) 334-0271  Fax

ATTORNEYS FOR SWIFT
TRANSPORTATION SERVICES, LLC

## **CERTIFICATE OF SERVICE**

I certify that on January 23, 2019, I served the foregoing document upon lead counsel for all other parties as required by Tex. R. Civ. P. 21a(a)(1) or (2).

_/s/ Nicholas Bettinger_____

# EXHIBIT 2

JS 44  (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Rosalind M. Young and Francis Cafferty

**DEFENDANTS**
Swift Transportation Services, LLC

**(b)** County of Residence of First Listed Plaintiff   Jefferson
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant   Maricopa County, Arizona
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Joseph Malouf, The Stern Law Group, 4909 Bisssonnet St., Ste. 100
Bellaire, Texas 77401, 713-661-9900

Attorneys *(If Known)*
Nick S. Bettinger and Donald A. Kaczkowski, McDonald Sanders, P.C.
777 Main Street, Ste. 1300, Fort Worth, Texas 76102, 817-336-8651

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ❏ 1  U.S. Government Plaintiff
- ❏ 3  Federal Question *(U.S. Government Not a Party)*
- ❏ 2  U.S. Government Defendant
- ☒ 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ❏ 1 | Incorporated or Principal Place of Business In This State | ❏ 4 | ❏ 4 |
| Citizen of Another State | ❏ 2 | ❏ 2 | Incorporated and Principal Place of Business In Another State | ❏ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ❏ 3 | ❏ 3 | Foreign Nation | ❏ 6 | ❏ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ❏ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ❏ 625 Drug Related Seizure of Property 21 USC 881 | ❏ 422 Appeal 28 USC 158 | ❏ 375 False Claims Act |
| ❏ 120 Marine | ❏ 310 Airplane | ❏ 365 Personal Injury - | ❏ 690 Other | ❏ 423 Withdrawal 28 USC 157 | ❏ 376 Qui Tam (31 USC 3729(a)) |
| ❏ 130 Miller Act | ❏ 315 Airplane Product Liability | Product Liability | | | ❏ 400 State Reapportionment |
| ❏ 140 Negotiable Instrument | ❏ 320 Assault, Libel & | ❏ 367 Health Care/ Pharmaceutical | | **PROPERTY RIGHTS** | ❏ 410 Antitrust |
| ❏ 150 Recovery of Overpayment & Enforcement of Judgment | Slander | Personal Injury Product Liability | | ❏ 820 Copyrights | ❏ 430 Banks and Banking |
| ❏ 151 Medicare Act | ❏ 330 Federal Employers' Liability | ❏ 368 Asbestos Personal Injury Product | | ❏ 830 Patent | ❏ 450 Commerce |
| ❏ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ❏ 340 Marine | Liability | | ❏ 835 Patent - Abbreviated New Drug Application | ❏ 460 Deportation |
| ❏ 153 Recovery of Overpayment of Veteran's Benefits | ❏ 345 Marine Product Liability | **PERSONAL PROPERTY** | | ❏ 840 Trademark | ❏ 470 Racketeer Influenced and Corrupt Organizations |
| ❏ 160 Stockholders' Suits | ❏ 350 Motor Vehicle | ❏ 370 Other Fraud | **LABOR** | **SOCIAL SECURITY** | ❏ 480 Consumer Credit |
| ❏ 190 Other Contract | ❏ 355 Motor Vehicle Product Liability | ❏ 371 Truth in Lending | ❏ 710 Fair Labor Standards Act | ❏ 861 HIA (1395ff) | ❏ 490 Cable/Sat TV |
| ❏ 195 Contract Product Liability | ☒ 360 Other Personal Injury | ❏ 380 Other Personal Property Damage | ❏ 720 Labor/Management Relations | ❏ 862 Black Lung (923) | ❏ 850 Securities/Commodities/ Exchange |
| ❏ 196 Franchise | ❏ 362 Personal Injury - Medical Malpractice | ❏ 385 Property Damage Product Liability | ❏ 740 Railway Labor Act | ❏ 863 DIWC/DIWW (405(g)) ❏ 864 SSID Title XVI | ❏ 890 Other Statutory Actions |
| | | | ❏ 751 Family and Medical Leave Act | ❏ 865 RSI (405(g)) | ❏ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ❏ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ❏ 893 Environmental Matters |
| ❏ 210 Land Condemnation | ❏ 440 Other Civil Rights | **Habeas Corpus:** | ❏ 791 Employee Retirement Income Security Act | ❏ 870 Taxes (U.S. Plaintiff or Defendant) | ❏ 895 Freedom of Information Act |
| ❏ 220 Foreclosure | ❏ 441 Voting | ❏ 463 Alien Detainee | | ❏ 871 IRS—Third Party 26 USC 7609 | ❏ 896 Arbitration |
| ❏ 230 Rent Lease & Ejectment | ❏ 442 Employment | ❏ 510 Motions to Vacate Sentence | | | ❏ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ❏ 240 Torts to Land | ❏ 443 Housing/ Accommodations | ❏ 530 General | | | ❏ 950 Constitutionality of State Statutes |
| ❏ 245 Tort Product Liability | ❏ 445 Amer. w/Disabilities - Employment | ❏ 535 Death Penalty | **IMMIGRATION** | | |
| ❏ 290 All Other Real Property | ❏ 446 Amer. w/Disabilities - Other | **Other:** ❏ 540 Mandamus & Other | ❏ 462 Naturalization Application ❏ 465 Other Immigration Actions | | |
| | ❏ 448 Education | ❏ 550 Civil Rights ❏ 555 Prison Condition ❏ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*
- ❏ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ❏ 3 Remanded from Appellate Court
- ❏ 4 Reinstated or Reopened
- ❏ 5 Transferred from Another District *(specify)*
- ❏ 6 Multidistrict Litigation - Transfer
- ❏ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. 1332
Brief description of cause:
Negligence

## VII. REQUESTED IN COMPLAINT:
❏ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

**DEMAND $**

CHECK YES only if demanded in complaint:
JURY DEMAND:   ❏ Yes   ☒ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
William E. Moody, 34th Dist. Court
JUDGE   El Paso County, Texas
DOCKET NUMBER   2018DCV4771

DATE
01/23/2019

SIGNATURE OF ATTORNEY OF RECORD
/s/ Donald A. Kaczkowski

**FOR OFFICE USE ONLY**

RECEIPT #_____ AMOUNT_____ APPLYING IFP_____ JUDGE_____ MAG. JUDGE_____

# EXHIBIT 3

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN            DIVISION

Supplement to JS 44 Civil Cover Sheet
Cases Removed from State District Court

This form must be filed with the Clerk's Office no later than the **first business day** following the filing of the Notice of Removal.  Additional sheets may be used as necessary.

The attorney of record for the removing party **MUST** sign this form.

---

**STATE COURT INFORMATION:**

1. Please identify the court from which the case is being removed; the case number; and the complete style of the case.

   Cause No. 2018DCV4771; Rosalind M. Young and Francis Caffery vs. Swift Transportation Services, LLC

2. Was jury demand made in State Court?       Yes ☒       No ☐

   If yes, by which party and on what date?

   Plaintiffs Rosalind M. Young and Francis Caffery                          12/17/18
   Party Name                                                               Date

---

**STATE COURT INFORMATION:**

1. List all plaintiffs, defendants, and intervenors still remaining in the case.  Also, please list the attorney(s) of record for each party named and include the attorney's firm name, correct mailing address, telephone number, and fax number (including area codes).

   Plaintiffs - Rosalind M. Young and Francis Caffery
   Attorneys - Joseph Malouf, The Stern Law Group, 4909 Bisssonnet St., Ste. 100 Bellaire, Texas 77401, 713-661-9900 (t), and 713-666-5922 (f)

   Defendant - Swift Transporation Services, LLC
   Attorneys - Nick S. Bettinger and Donald A. Kaczkowski, McDonald Sanders, P.C. 777 Main Street, Ste. 1300, Fort Worth, Texas 76102, 817-336-8651 (t), and 817-334-0271 (f)

---

TXWD - Supplement to JS 44 (Rev. 10/2004)

2. List all parties that have not been served at the time of the removal, and the reason(s) for non-service.

   N/A

3. List all parties that have been non-suited, dismissed, or terminated, and the reason(s) for their removal from the case.

   N/A

---

**COUNTERCLAIMS, CROSS-CLAIMS, and/or THIRD-PARTY CLAIMS:**

1. List separately each counterclaim, cross-claim, or third-party claim still remaining in the case and designate the nature of each such claim. For each counterclaim, cross-claim, or third-party claim, include all plaintiffs, defendants, and intervenors still remaining in the case. Also, please list the attorney(s) of record for each party named and include the attorney's firm name, correct mailing address, telephone number, and fax number (including area codes).
   N/A

---

**VERIFICATION:**

Attorney for Removing Party

Date

Swift Transportation Services, LLC

Party/Parties

---

TXWD - Supplement to JS 44 (Rev. 10/2004)