IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| ROSALIND M. YOUNG and<br>FRANCIS CAFFERY,<br>　Plaintiffs,<br><br>v.<br><br>SWIFT TRANSPORTATION<br>SERVICES, LLC,<br>　Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | EP-19-CV-29-DB |

## FINAL JUDGMENT

On this day, the Court issued an order dismissing all claims in the above-captioned case. The Court now enters this Final Judgment in accordance with Federal Rule of Civil Procedure 58.

Accordingly, **IT IS HEREBY ORDERED** that the above-captioned case is **DISMISSED WITH PREJUDICE.**

**SIGNED** this **21sy** day of **June 2019.**

_____
THE HONORABLE DAVID BRIONES
SENIOR UNITED STATES DISTRICT JUDGE